UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**LEE THOMAS DIXON and JANET LEE DIXON**
a/k/a BLUE DIXON, JANET FERGUSON FERGUSON, JANET L FERGUSON, JEANNETTE DIXON, JANET FERGUSON COWAN
S.S. Nos.: xxx-xx-8120 and xxx-xx-5984
Mailing Address: 2225 EVETON LN, Sanford, NC 27330-

**Case No. 10-80636**

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on April 12, 2010.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: May 24, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

Date: 4/6/10
Lastname-SS#: Dixon-810

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Jonesboro Fitness | | Health Spa Membership |
| | Lee County Tax | 1 | House & Lot |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | Jonesboro Fitness | | | ** |
| | Lee County Tax | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | Nationwide Advantage | | $10,153 | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Nationwide Advantage | | $756 | N/A | n/a | $756.00 | House & Lot: |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Security Financial | | $2,799 | 5.00 | $28 | $63.49 | 2002 Chevrolet Malibu |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | $2,838 |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

| GENERAL NON-PRIORITY UNSECURED | | Amount** |
|---|---|---|
| DMI= | None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,142** per month for **60** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **6.43** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE   (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

# CERTIFICATE OF SERVICE

I, WILLIAM MCDONALD, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s WILLIAM MCDONALD
WILLIAM MCDONALD

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Internal Revenue Service (ED)**
Post Office Box 21126
Philadelphia, PA 19114-0326

Charter-Sanford
301 East Cornelius Harnett Blvd.
Lillington, NC 27546-6285

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Credit Bureau of Greensboro
Post Office Box 26140
Greensboro, NC 27402-0040

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Absolute Collection Service
421 Fayetteville Street Mall
Suite 600
Raleigh, NC 27601

Credit Protection
Post Office Box 802068
Dallas, TX 75380-2068

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Advanced Care for Women
c/o The Speight Law Firm, P.C.
1906 Guess Road
Durham, NC 27705

First National Bank of Marin
c/o Imperial
2300 Clayton Road
Suite 200
Concord, CA 94520

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

All Animals Veterinary Hospital
101 Animal Avenue
Sanford, NC 27330

IC Systems
Post Office Box 64437
Saint Paul, MN 55164-0437

Experian
P.O. Box 2002
Allen, TX 75013-2002

Alltel
c/o AFNI, Inc.
Post Office Box 3427
Bloomington, IL 61702-3427

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-0326

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

Central Carolina Hospital
1135 Carthage Street
Sanford, NC 27330

JL Walston & Associates
Dept 356
Post Office Box 4115
Concord, CA 94524

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Central Emergency Physicians
Post Office Box 281161
Atlanta, GA 30384-1161

Jonesboro Fitness
114 Main Street
Sanford, NC 27330

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Charter-Sanford
2516 Fayetteville Street
Sanford, NC 27332

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Lee County Tax Collector
106 Hillcrest Drive
P.O. Box 1968
Sanford, NC 27331-1968

Lowe's
Post Office Box 981400
El Paso, TX 79998-1400

National Acceptance Company
1500 South Horner Boulevard
Sanford, NC 27330

Nationwide Advantage Mortgage
Post Office Box 919000
Des Moines, IA 50391-9000

Nissan Motor Acceptance Corp.
Post Office Box 660366
Dallas, TX 75266-0366

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

Nathan Carr Pulkingham, MD PA
Post Office Box 1259
Department 12867
Oaks, PA 19456-1259

Harris Lee Russell
1110 Lawsonville Avenue
Reidsville, NC 27320

Sallie Mae Financial
5629 Oleander Drive
Suite 105
Wilmington, NC 28403

Sanford Medical Group
555 Carthage Street
Sanford, NC 27330

Sanford Sandhills Emergency Physicians
Post Office Box 48305
Jacksonville, FL 32247-8305

Sanford Surgical Specialties
c/o J.L Walston & Associates, Inc.
1107 W Main Street
Ste 201
Durham, NC 27701

Security
Post Office Box 3146
Spartanburg, SC 29304-3146

Security Financial Services
1668 South Horner Boulevard
Sanford, NC 27330

Michelle Iris Singletary
107 N. Fifteenth Street
Sanford, NC 27330

Spectrum Laboratory
Post Office Box 35907
Greensboro, NC 27425-5907

State Farm Mutual Automobile Ins
1500 State Farm Boulevard
Charlottesville, VA 22909-0001

Stern and Associates. PA
415 North Edgeworth Street
Suite #210
Greensboro, NC 27401

Syndicated Office Systems
Attn: CRU
Post Office Box 66051
Anaheim, CA 92816-6051

Ultra Imaging, LLC
Post Office Box 63181
Charlotte, NC 28263-3181

UNC Hospitals
Patient Accounts Services
Attn: Bankruptcy Department
211 Friday Center Drive
Chapel Hill, NC 27517

UNC Physicians & Associates
Attn: Bankruptcy Coordinator
Post Office Box 168
Chapel Hill, NC 27514-0168

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858