C-13-15A(Order)
(Rev. 11/06)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  Lee Thomas Dixon                        )
      Janet Lee Dixon                             )         No: B-10-80636 C-13D
                                        )
                  Debtors          )

## <u>ORDER</u>

This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to modify the Debtors' Plan to provide for Plan payments of $1,185.00 per month effective with the payment due for May, 2011 and there being no filed objection to the Motion within the time period set forth in the Notice issued on March 14, 2011 by the Clerk of Court setting April 14, 2011 as the deadline for filing objections to the Motion, and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

ORDERED that the Debtors' Plan be modified to provide for Plan payments of $1,185.00 per month effective with the payment due for May, 2011.

ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY
THE BANKRUPTCY NOTICING CENTER